In The Federal Court
Middle District Of Florida
Jacksonville Division

Susan Herbert
1100 Seagate Avenue 101
Neptune Beach, FL 32266
904.705.6171

Complaint

3:08-cv-634-J-32MCR

Versus

The United States

John Roberts, in his official capacity
and as an individual

David and Catherine Austin

Charles and Daphne Herbert

Albany County
Rennselaer County
Duval County

And

Philadelphia County

I, Susan Herbert, complain:

I am a citizen that has now had her rights violated absolutely and wholly. Not one single solitary stipulation of either governing document has been applied to my person fairly or justly or at all. This is because women do not possess equal protection and due process thus they have no liberty as it is not humanly possibly to have liberty without equal protection and due process. While we may go to a poll and vote this vote has not once, not ever been realized. Proof beyond doubt of this is myself as I am the first and only American ever to order the Chief Justice of the US to stand aside or down by issuing an Executive Order against him, as I filed a constitutional authority case as a pro se litigant.

Roberts heard me as I ordered thus he stood aside, acknowledging that I was *the* legal authority and so clearing the way for me to now press my suit against all Americans.

I was denied any and all justice as Roberts did not allow me an appearance in person and as on April 21st, 2008, a request for an extraordinary writ and redress was denied, the third parties, local police and state social workers then acted to injure me further citing these unique things as reason or cause to do so:

1. That I possessed the ability to file and be heard in our "Supreme Court" all by myself as my own attorney.

2. That I believed in "God".

3. That I named "President Bush" in my suit. (I did not; I named a person known as Bush Sr. who once was President and I named a person known as Bush Jr. who acts as if he is the legal President when he is not; to my knowledge, we never even had a "President Bush").

4. That I claimed we were at "war" in my petition to the Supreme Court.

5. That I am a "Native American" specifically without a "tribe".

6. My name is "Susan Herbert", and I am the "mother of Ethan and Christopher".

1

Not one other American has been injured for these reasons – ever. DCF? They asked me and then every person present if I was mentally ill. Now, as I showed Reggie Brady the lawsuit when he first read aloud this complaint of suspected child abuse against me, and also showed him the Supreme Court docket, and he then insisted upon acting - as if the Supreme Court heard insensible, baseless, meritless cases or as if I did not actually file any actual petition - and insisted that we did have a President Bush and insisted that a Native American HAD to have a tribe and could not have a Nation, who's mentally ill? The Hopi? They have a Nation: The Hopi Nation. The docket? He can click on the US government website. In the end he threatened to falsify a complaint against me when I told him that he was acting in violation of the law and that he was abusing my children by doing what he was doing. A police officer present can attest to this.

All of this makes me an absolute class of one, a person harmed only as she was born here as this person to this family and nation and only as she knows constitutional law, physics and theology like no other and actually believed as fact that we do have two governing documents, that she is a natural born citizen and so she could act upon them as if it did apply to her.

The state of FL violated its own law by investigating me for child abuse because of this and so tried to connect an emotion to possible future physical abuse. FL does not recognize child emotional abuse and so, FL acted to apply law it does not recognize to my person. FL may have such a law on the books but it 'acts as if' it does not as does NY and PA as official policy. Fl does not name emotion in its domestic violence code. Reggie Brady told me that he would take no reports of emotional abuse FROM me and if I could produce a physical injury he was going to then say that I was guilty of inflicting it. The cop present did a double take. The local Neptune Beach Police? Before Reggie Brady arrived they acted to enforce an unconstitutional order of a district family court gained via deceit when they knew better and they openly threatened me with impossible standards and physical threats against my person.

The Duval County Court? I asked where I filed a motion and all kept insisting that I could not. They said, "You can't." I said, "Yes, I can." We fought. I was ushered into some sort of family law magistrate's offices. A woman sat across a desk from me. I asked her, "Where do I go to file this?" She said, "You can't." I said, "Yes, I can. Where do I go?" She said, "You cannot file that. Fl does not allow this." We fought some more. She insisted that I "could not". I cited law and she became angry. Finally I said:

2

"Lady, in case you do not get it I am a person who knows Florida law and US law. I possess the human ability to file a motion and as I filed a case in the Supreme Court of the United States I think I can handle Duval County and you. I do not need nor am I seeking your permission to file this motion!" She snapped back, "If that's all true then why are you in here talking to me?"

"BECAUSE – NOBODY WILL TELL ME WHAT ROOM NUMBER I GO TO!!! MY ONE AND ONLY QUESTION TO YOU WAS WHERE DO I GO TO FILE? AND ALL OF YOU INSISTED THAT A *WOMAN* WITHOUT A LAWYER COULD NOT!"

Then, once in the clerk's office they told me that FL law regarding change of venue did not exist. I said, "Yes, it does." They said, "Unless you produce the code we will not file your motion." I produced the code. Duval County insists that they do not file motions if the code is not on their pop-up menu of motions and Duval County works overtime to prevent pro se litigants from filing. They also insisted that I pay a $260 fee for an emergency motion, which is not legal as all true emergencies are to be filed without regard to payment of fees. I was told: Pay or we will not file this. I produced the cash.

As for that fight in the magistrate's offices? An agent for Duval County took me into an office and then into another office, implying this was where I went to file; as if she was escorting me to the office in which I would be filing. They then had a "supervisor" and then an "attorney" come into this little room and try to prevent me from filing by convincing me out of it via lying to me. I should charge Duval County with holding me against my will, as this was deliberate. It is not the first time they acted to prevent me from filing and what happened the next day was worse.

Duval County tried to falsify an appointment with DCF and to act as if I missed it; DCF did not count upon me being inside the magistrate's office once again when the cops called to ask of my whereabouts. The magistrate's office was stunned. I spoke to the cop, Officer Burbin. She knew Reggie Brady and DCF was falsifying its claim and so did not arrest me and did not note it in the police report. Several dozen people can attest to the fact that DCF lied about a non-existent appointment and then reported me to the police as having fled with my sons.

NY? NY and Rennsealer County have now allowed the third parties involved to file a false claim not only names me as at fault but incredulously also names the US Supreme Court exactly; it states that the Supreme Court dismissed me when it did not as this is not possible due to the nature of my case and it states that they have reason to fear me and that I refused to turn my children over to police until they did threaten me which is not close to the truth. See the police report attached here. Effectively, this claim states that if the Supreme Court can deny me any and all justice then the third parties can do anything they want to me.

All a denial without comment means is: The Supreme Court wants you to begin in a lower court. It knows that I am intelligent and am able to argue with this court:
The US Supreme Court let me in twice and heard me twice as in order to deny me twice I had to be heard. You have zero excuse for not allowing me an appearance in person.

The last time I was in this courthouse as a paper document? This court told a lie about my person; it said that I was a person who "failed to act". People who fail to act do not enter our Supreme Court. As for the abuse my sons suffered and for the other injuries I suffered due to the actions of certain individuals within this courthouse?

I can file a Bivens action. As it stands today?

I have ZERO obligations under the law of the US as the federal court ruled: Susan Herbert alone of all people on Earth has no rights under our law. Thus, I can commit any crime I like and not be charged. If the law does not protect me then it also does not find me. This is going to be corrected. The ugly truth of the US is: This nation has no desire to accord ANY woman their rights. What the federal court is reduced to doing is denying them any appearance in person in order to then deny all women justice. The Supreme Court has now engaged in this at least three times and this last time? A whole violation of our law as John Roberts has now invoked the power of the Creator.

He has decided that he can kill innocent women and their innocent children without reason or just cause and that is a power reserved to the Creator alone.

I am not delusional: Roberts is not God nor does he act like it. My true belief is that he is not fit to serve as he has now lived out his mistaken beliefs of women over and over in a manner that injures and kills them. If any word that came out of that man's mouth before

4

the Senate panel that confirmed him was fact and was the truth of whom he is and what he actually believes then he would allow me and other women to appear in the flesh. As it is I am of the true belief: He is pandering to the man who appointed him. An appointment that was and is: in violation of our law.

In my case? John Roberts violated federal precedent known as Marbury. He is now acting without the authority of the law as Marbury gave white, Christian males constitutional authority over their own persons. So, Marbury no longer applies to white men and it never applied to any women. Or God does not exist. Or Roberts is God.

Roberts is not the single American above or outside of the law. I alone thought to challenge him directly by ordering him to stand aside or down as that is our law and that is chain of command theory. Any citizen may stand down any other via executive order as that is our one vote. Apparently, Roberts is of the mistaken belief that he is not within our chain of command but outside or above it and that would only be: The Creator.

He is acting upon the mistaken belief he is God but he is not, as I know as fact God exists and I can prove it with hardcore scientific evidence called PHYSICS which is science and math. I can also give eyewitness expert testimony as I am a person who has had all 8 sacred experiences of the actual God and so can describe them intimately: The Rhu (Judaism), the Kundalini (Hinduism), the Holy Spirit (Christianity), Nirvana or Enlightenment (Buddhism), the Vote (Islam), the Sundance (Native America) and birth, actual childbirth. The 8th? LIBERTY, as in America you can choose to have one, some or all of the sacred experiences of God due to our 1st amendment. Here you can have the whole experience of God. This proves that I was harmed for exercising my 1st amendment rights specifically belief in a Creator and in the universal truths of all major world religions and indigenous belief systems. This proves that I was injured and harmed for having one particular and unique belief system: American law.

I achieved the emotional inside condition or state of liberty but still do not possess actual liberty, as the outside condition known as liberty is JUSTICE. This would not be humanly possible if I was not now the actual, legal President and Commander as I had to die while I was alive to do this and it is the office of Commander that is death. As for President? That office is life, and I have created life where there was none: In the federal court and in my own, sacred human heart.

My experience of John Roberts? Not sacred and not God. He's not untouchable.

The case for Susan's and women's rights is here. It has now become the case to overturn or uphold both governing documents, as a Creator is named exactly not John Roberts. Chain of command begins and ends at God not Roberts. Unless he can make the claim he too had all 8 sacred experiences of God I'm the authority and he's not. Also I am of the true belief white, Christian males will want to keep their rights thus enforce and uphold both documents and MARBURY. If you are a federal judge reading this and you are upset do not take it out upon me; fault the person responsible as he knew exactly what would happen if he did this and he meant to throw it back to you.

He is challenging your authority in that he expects you to be a coward or to be incapable of reasoning the law; that is, he is acting upon the mistaken belief that a lower federal judge does not have the brains to reason this for what it is or will be too scared to confront him and then challenge the immoral and illegal actions of the citizens at large. Every time I am violated from here on out? It is a case of original jurisdiction. It is treason. He expects you to be afraid of him and his title and so wants you to violate me thus you get hit with a charge of treason IF I go back to him and not he. What didn't Roberts know besides his appointment was and is in violation of our law? Besides he too does not know math? The only thing he had to do was make a comment; to name his actual reason no matter what it is. He could write, "I'm out to dump this on a lower federal judge as I do not want to upset the Republicans" and it would be: Him exercising his 1st amendment right of free speech and telling the truth. That is legal. Nothing in our law states it has to be a reason I like; I could then sue the Republicans if he named them as cause. They are not the cause, he is, as they can only do what he lets them get away with. The other Justices? Same thing as Roberts only gets away with what they are willing to allow him to get away with. Me? I know Roberts is captain of that ship so the violation of the law – the buck, literally as we have sold our law out to the highest bidder and have now begun to act like animals doing anything we want whenever we want no matter how it harms and injures another - stops with him. He cannot violate the law and Marbury by not acting - by exhibiting <u>unwillingness</u> to preserve, protect and defend our law. By doing so he has null and voided our governing documents upon direct appeal! To prevent the injured parties – me and all women and their children thus all Americans - from suing for damages and from suing to enforce the law or defend their person! That's overthrow! That's: Treason!

Due to the very nature of this complaint and my federal petition recognized as valid by the Supreme Court or it would not have been heard and conferenced, I will not ever be asking for money from the US but only from others as that then would be me trading honor bound dollars or lives upon our law when I am the *acting* Chief Justice. Money does not solve this problem. You know what does? Me, appearing in court in the flesh and telling Americans that they may not like hearing that they cannot get abortions any time they want 'pretending' that it is not murder or that they cannot have sex with any person any time they please without consequence or that acts of homosexuality or any sexuality are not protected under our law but that is too bad for them as I come forward with what no other litigant has ever had: Scientific proof! Facts, proven facts! You may check the science. Also, I am arguing EXACT words in our law. I am not making up words that are not there and making up faulty applications or using such bad English and long winded sentences that by the time I'm through my reasoning in no way matches our law. I'm using plain English, scientific fact, my fact - provable as I have scars – and historical fact.

I do not care how scary this is; this is now <u>actual</u> <u>treason</u> as we are at actual war. This is actual treason and I made the attempt to tell all involved as I exactly wrote that our law names a "Creator" "life" and "death" and "is absolute". I exactly said, *It is not treason yet; it rises to treason if you deny me justice.* This could not have happened, it would be humanly possible unless my family members – the Herbert's and Austin's – acted criminally, the states and counties invoked illegal, unwritten, unjust policy and then Bush V Gore was decided in error. Roberts is now illegally protecting all of them from criminal prosecution and/or suffering any consequence at my expense and my children's expense. This would not be humanly possible unless all citizens decided the same thing, that Susan alone can be denied all rights; that she is an animal. It <u>had</u> to happen on all levels of government.

I will remind this court: Roberts did not deny my facts, deny the science or deny the math. Nor did he deny a Creator. He denied my <u>request</u> for an extraordinary writ thus did not allow me any appearance in person as he has done in the past to other women. He has now run out of excuses as he overlapped himself; he bit his own tail. *Corruption past completion. He acted to strip his own self of constitutional authority.*

To maintain constitutional authority over his own person he had to comment. No reason means: He is unreasonable.

7

Proof of his unreasonableness? <u>Schiavo</u>, <u>Castlerock</u>, <u>Carhart</u>, <u>Nicholson V Scopetta</u> and <u>In Re Susan Herbert</u> as nothing but nothing gives any state or the fed the power to kill innocent citizens, especially if you are guilty men killing innocent women or their innocent female children and now you are killing innocent male children as that is genocide. Here's a clue: SAFETY is exactly named. Law is law; it is not to be left up to the personal opinions and personal mistaken beliefs of whoever the current Chief Justice or President is. If it is not the law the Chief justice may not then create law; he may not insert words that do not exist in our governing documents like "Susan is the exception" or "innocent citizens can be put to death against their will by the fed and the states if they are female". He cannot erase them either as in take out the word "volunteer".

This court need not feel guilty or feel sorry for John Roberts. He committed treason against his own self first as I am of the true belief that Bush Jr. would have acted for me and for all Americans. Roberts never gave Bush Jr. that opportunity. If the idea of death makes this court squeamish then the federal bench is not for you. Nor is FL's. The penalty for treason is death; however, as we are a nation that named a Creator I know as fact: death can be emotional or physical. Death can be being held accountable to Susan and to the public as you violated a public trust and abused power.

I am not to be faulted if Roberts cannot or will do not do his job. Nothing in our law exactly states that Susan Herbert is the citizen that can and will be denied all of her rights, injured at the whim and will of others and that this executive and this Chief, none of whom are acting with the authority of the US due to Bush V Gore and their own actions post Bush V Gore is to be granted power not named in our law or that is reserved to the Creator alone. Our law exactly states that "all men are created equal" are "endowed by their Creator with certain inalienable rights…life, liberty and the pursuit of happiness". It does not say that Susan Herbert was not created equally and that of all people she is the exception or is an animal and as Susan Herbert can prove that this word - "men" - *does* include her and all women and as Susan Herbert can support her argument with scientific fact such as DNA, biology and the historical record then she can and will sue.

Roberts has told me: *I can break the law and violate Marbury so I will. As you were stupid enough to actually believe the law applied to you, stupid enough to actually believe that a federal judge would uphold the law for you, stupid enough to go out and collect the scientific evidence proving I'm wrong and stupid enough to then actually file*

*all by yourself in US Supreme Court thus proving that it is you alone- that legally it is you - I **must** harm you; I **have** to harm you so I will.*

As that is the case then I need [Monetary] damages from all but the US as that is the only possible resolution as the whole law has already been violated – it is now done – and my children are dead to me so all my injury is in the past. This court may find it hard to believe that a Chief Justice can be sued but as a President can be sued so can a Chief Justice. If the President and Chief are equivalent legal authorities then a Chief can be sued if a President can. The law is we all have one vote so we are supposed to be equal even if this nation refuses to acknowledge it or live it out as real.

[margin note: I am not seeking money from U.S. but other damages]

John Roberts? He's supposed to know the law as well as I or better than I and he's supposed to want to obey it; he is supposed to be able and willing. I should not have to do his job or the Executive's job or Congress' job; if I am then this court must ask: Why *isn't* Susan actually sitting in the chair and getting paid the salary? The answer is: Discrimination.

I am suing for a violation of every single solitary stipulation of both the Declaration and Constitution. Not one right or privilege was ever, ever granted to my person. All separation of power has been violated and grossly so. Not one clause in our law remains inviolate. Not one and yes, I can prove it. I can go through each word, phrase or clause and clearly reason how it was violated, when it was violated and how this violation is being realized in the world – in our actual lives - currently. My original Supreme Court petition is a part of this complaint and is not an attachment as is the petition to be re-heard. This court must note that as I am a pro se litigant pressing a constitutional authority case that my petition to be re-heard was then in actuality a second hearing as it was conferenced once again and as Roberts and the clerks were named and for an injury occurring within the US Supreme court and supported by actual documentation authored by the US Supreme Court: Official letters from the clerks asking me to do what no other pro se constitutional authority case has been asked to do, denying the actual reality of what was in my complaint and refusing to allow me to file as a case of original jurisdiction. Monell V DSS states that a citizen may sue to enforce and uphold the law.

The US Supreme court demanded that I meet an impossible standard – follow a nonexistent example – and then made the false claim that it did not RE-HEAR me when it did as being pro se and a constitutional authority case makes any second or other

9

consideration RE-HEARING. In a pro se constitutional authority case? It is humanly impossible to not re-hear it if you file the petition for re-hearing!

That is denying actual reality and is a violation of Art. 4 Sec. 4. It is federally condoned and federally committed domestic violence and as I am a woman named Susan Herbert it then rises to a criminal act due to my unique facts and due to Marbury as Marbury says one MUST ACT no matter what else; that the court could deny me but it must then still act for me in some way. It did not and Roberts is responsible as he was acting as Chief. Roberts can never, ever make the claim that he did not know as he heard me so he knows my facts. He owns the knowledge.

I have chosen to sue the four counties, the two third parties and Roberts alone and then the whole US. It does not have to be personal and Olech V Willowbrook clearly states that I need not prove intent or motivation but I can do so if this court demands it. I may sue Roberts under Bivens or as a straight monetary lawsuit under US code for a civil rights violation. I can and will meet the burden of proof standard. My facts – not all here - will shock you.

The clerks? One Jeff Atkins not only apologized but he took action on behalf of me and my children once he discovered what had happened in my life and what was happening due to the actions of the clerk's office and an individual clerk named "Will". Jeff was not willing to abuse children or to abuse me; he was not willing to be known as a person who could or would injure those more vulnerable or defenseless.

In case this court does not understand: Roberts violated Marbury but then insisted that he alone of all Americans had constitutional authority; he illegally invoked the power of one as I stood him down and he stepped aside. Roberts cannot, by law, step aside and then exert constitutional authority over me or act to injure me as it is then TREASON. He has assumed the power of a King or God. He may not fail to act at al or ignore details of crimes. He may not deny me oral argument but not name any reason; he must comment. In all other cases he may deny oral argument and make no comment but not in a pro se constitutional authority case that names him especially after he obeyed my direct order. *By obeying my order I then legally became his commanding officer.* Roberts, due to the very nature of my case and the claim it makes, proved that Bush V Gore was and is an illegal violation of separation of power and is the Chief Justice unchecking himself as it has now served to consolidate all power in his hands. He answered my first three federal

10

questions by PROVING them! He effectively perpetrated a silent, bloodless coup by repealing both documents and Marbury upon my direct appeal!

Our law is repealed as I *directly* appealed it. Roberts is ruling that SUSAN or WOMEN are not covered under our law as men have been allowed to press constitutional authority cases and were accorded oral argument each and every time. Roberts may not create the problem and then refuse to address it by refusing me oral argument; by doing so he is stripping me and all of the citizens of the ability to prevent future injury and harm. He is to be self-policing. Roberts is saying: The Revolution never happened and John Roberts is God.

Due to my exactly worded claim Roberts has now decided that MEN possess constitutional authority over WOMEN and SUSAN in violation of the 14th and 19th amendments and in violation of our Declaration. He overturned the only governing document that was still good. This is especially heinous as neither he nor George Bush Jr. were ever legally elected or appointed. Both physically sit as the law was broken to place them in these positions and without my consent. If my consent were not necessary then I would not have been heard.

Terrorists and terror suspects now have rights and privileges that I and other women do not.

The above is not my personal belief but fact as I lived it. You would not be able to state such accusations as fact but I can as I was there and as I am a *woman* and a *mother* named *Susan*. All of my claims are supported by the attachment I entered in April of 2007 and by hardcore facts of science and history. Actual reality and not theory, conjecture, postulation or hypothesis. The appendices I entered to the US Supreme Court are a part of the federal record and this court may access them.

I seek unspecified damages.

I am suing under both governing documents and US 42 Sec.1983 among other things and jurisdiction is the federal court. I took the liberty of consolidating all named defendants in one suit but can and will file separate actions if this court wishes me to do so.

Susan Herbert, pro se   June 5th, 2008

11

**Section 1983. Civil action for deprivation of rights**

```
     Every person who, under color of any statute, ordinance,
regulation, custom, or usage, of any State or Territory or the
District of Columbia, subjects, or causes to be subjected, any
citizen of the United States or other person within the
jurisdiction thereof to the deprivation of any rights, privileges,
or immunities secured by the Constitution and laws, shall be liable
to the party injured in an action at law, suit in equity, or other
proper proceeding for redress, except that in any action brought
against a judicial officer for an act or omission taken in such
officer's judicial capacity, injunctive relief shall not be granted
unless a declaratory decree was violated or declaratory relief was
unavailable. For the purposes of this section, any Act of Congress
applicable exclusively to the District of Columbia shall be
considered to be a statute of the District of Columbia.
```

A declaratory decree *was* violated. That declaratory decree? *The* Declaration & *The* Constitution. That is why we call it a *declaration* and that's why it has a preamble *declaring* the intentions of its authors. If Roberts is not able and not capable – or not willing - I may then also claim it was not available. I do.

12

# ATTACHED

# EXHIBITS

# NOT

# SCANNED

**\*\*REFER TO COURT FILE\*\***