**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SUSAN HERBERT,

        Plaintiff,

vs.                                             Case No. 3:08-cv-634-J-32MCR

THE UNITED STATES, et al.,

        Defendants.

## ORDER

This case is before the Court on plaintiff's *pro se* complaint (Doc. 1) and motion for leave to proceed *in forma pauperis* and accompanying affidavit of indigency (Docs. 2, 3). Upon review of these filings, it does not appear that there is any arguable basis in either fact or law to support plaintiff's complaint and it is therefore due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.[1]  See Denton v. Hernandez, 504 U.S. 25, 32 (1992); Neitzke v. Williams, 490 U.S. 319, 324, 327 (1989).

Accordingly, it is hereby

**ORDERED**:

Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **denied** and this case is **dismissed without prejudice** to filing a paid complaint. The Clerk shall close the file.

---

[1] The Court also notes for the record that *pro se* plaintiff has brought several other suits in this Court, all of which have been dismissed by the Court. See Case Nos. 3:07-cv-315-J-25HTS, 3:07-cv-699-J-25TEM, 3:07-cv-776-J-16MCR, 3:07-cv-964-J-33TEM.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of July, 2008.

*TIMOTHY J. CORRIGAN*
United States District Judge

s.
Copies:

*pro se* plaintiff